1  MICHELLE R. BERNARD  (SBN: 144582)
   mbernard@grsm.com
2  GORDON REES SCULLY MANSUKHANI, LLP
   101 W. Broadway, Suite 2000
3  San Diego, CA 92101
   Telephone:  (619) 230-7769
4  Facsimile:  (619) 696-7124

5  Attorneys for Defendant
   AMCO INSURANCE COMPANY
6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10 CROWN VALLEY HOLDINGS, LLC,        ) CASE NO.
   a Delaware Limited Liability Company, )
11                                     ) Orange County Superior Court
                         Plaintiffs,   ) Case No.  30-2022-01257143-CU-
12                                     ) BC-WJC
        v.                             )
13                                     ) **DEFENDANT'S NOTICE OF**
   AMCO INSURANCE COMPANY, an          ) **REMOVAL OF CIVIL ACTION**
14 Iowa Corporation; DOES 1 - 50,      ) **[28 U.S.C. §§ 1332 (a), 1441 (a),**
   Inclusive,                          ) **and 1446]**
15                                     )
                         Defendants.   )
16                                     ) Complaint Filed:  April 29, 2022
                                       )
17

18 TO THE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT

19 FOR THE CENTRAL DISTRICT OF CALIFORNIA:

20      PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. sections 1332(a),

21 1441(a) 1446, Defendant AMCO Insurance Company ("AMCO" or "Defendant")

22 removes this action from the Superior Court of the State of California for the County

23 of Orange to the United States District Court for the Central District of California.

24 This Court has original jurisdiction of this action under 28 U.S.C. section 1332(a)

25 because there is complete diversity of citizenship between Plaintiff Crown Valley

26 Holdings, LLC ("Crown Valley" or "Plaintiff") on the one hand, and AMCO on the

27 other, and the amount in controversy exceeds the sum of $75,000.00, exclusive of

28 interests and costs.

In support of this Notice of Removal, AMCO further states:

1. Crown Valley commenced this action against AMCO on April 29, 2022, by filing a complaint in the Superior Court of the State of California for the County of Orange ("Complaint"). Upon the filing of the Complaint, the case was assigned case number 30-2022-01257143-CU-BC-WJC. A true and correct copy of the Complaint is attached hereto as **Exhibit 1**. The Complaint and a Summons on the Complaint were first served upon AMCO on May 2, 2022. A true and correct copy of the Summons on the Complaint and proof of service are attached hereto as **Exhibit 2**.

2. The Complaint arises out of AMCO's alleged duty to defend and indemnify Crown Valley under Premier Businessowners Policy No. ACP BPF 7825332215 (December 16, 2013 – December 16, 2014) issued to named insured Riptide Restaurants, Inc. ("Policy") in connection with certain third party liability claims alleged in an underlying lawsuit entitled *Stars and Bars, LLC v. Westport Capital Partners, LLC*, Orange County Superior Court Case No. 30-2017-00926590-CU-BC-CJC ("Underlying Action") as further described in Paragraph 1 of Plaintiff's Complaint.

3. AMCO is informed and believes that it is the only defendant that has been served with the summons and complaint in this action. Defendants designated as Does 1 through 10 are fictitious defendants, are not parties to this action, have not been served, and are to be disregarded for purposes of this removal. *See* 28 U.S.C. § 1441(a).

4. Crown Valley is and was at the time of the filing of this action and this Notice of Removal a limited liability company organized in Delaware. (Complaint, ¶20; *see also* **Exhibit 3** – Crown Valley's 2020 Registration (Form LLC-12) on file with the California Secretary of State.) Crown Valley alleges that it is qualified to do business in California and conducts business in Orange County, California. (Complaint, ¶20.) Consistent with *Tosco Corp. v. Communities for a Better*

1 *Environment*, 236 F.3d 495 (9th Cir. 2001), and *Industrial Techtonics, Inc. v. Aero Alloy*, 912 F.2d 1090 (9th Cir. 1990), the "substantial predominance" of Crown Valley's activities occur in either the State of Delaware or the State of California. Given that Crown Valley is a limited liability company organized in Delaware and has its principal place of business in both California and Delaware, for purposes of diversity jurisdiction, Crown Valley is a either a citizen of California or Delaware.

5. Crown Valley is a real estate holding company that is registered with the Secretary of State for the State of California as a limited liability company organized in the State of Delaware. Its only managing member is WCP Real Estate Fund (II) L.P. (located in Stamford, Connecticut). (*See* **Exhibit 3** – Crown Valley's 2020 Registration (Form LLC-12) on file with the California Secretary of State.) Relevant to diversity jurisdiction considerations, a limited liability company is a citizen of every state of which its members are citizens. *See e.g. Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) ("[A] partnership is a citizen of all of the states in which its partners are citizens … [L]ike a partnership, an LLC is a citizen of every state of which its owners/members are citizens."). Accordingly, for purposes of diversity jurisdiction in this matter, all of the managers or members of Crown Valley are citizens of Connecticut – not Iowa or Ohio.

6. AMCO is and was at the time of the filing of this action an Iowa corporation incorporated under the laws of the State of Iowa. (Complaint, ¶21.) AMCO's principal place of business is located at 1100 Locust Street, Des Moines, IA 50391 and its headquarters is located at One Nationwide Boulevard, Columbus, Ohio, 43215. *See* Defendant AMCO Insurance Company's company profile as maintained by the California Department of Insurance, a true and correct copy of which is attached as **Exhibit 4**. For the purposes of diversity jurisdiction, a corporation is a citizen of any state where it is incorporated and of the state where it has its principal place of business. *See* 28 U.S.C. § 1332(c). Consistent with *Tosco*

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

*Corp. v. Communities for a Better Environment*, 236 F.3d 495 (9th Cir. 2001), and *Industrial Techtonics, Inc. v. Aero Alloy*, 912 F.2d 1090 (9th Cir. 1990), the "substantial predominance" of AMCO's business activities occur in the State of Iowa and the State of Ohio – not California or Delaware. Therefore, for purposes of diversity jurisdiction, AMCO is not a citizen of the same state as Crown Valley (*i.e.* Delaware or California) or any of its managers of members (*i.e.* Delaware).

7. Pursuant to 28 U.S.C. section 1441(b), diversity suits are removable "if none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought." Because AMCO is incorporated in Iowa and its principal place of business is in Iowa and/or Ohio, it is *not* a citizen of either Delaware or California.

8. Plaintiff alleges in the Complaint that it has suffered damages in excess of $3 million in connection with the Underlying Action. (Complaint, ¶ 53.) The amount in controversy in this action is therefore in excess of $75,000.00, exclusive of interests and costs.

9. This action is, therefore, a civil action of which this Court has original jurisdiction under 28 U.S.C. section 1332(a), and one which may be removed by AMCO to this Court pursuant to 28 U.S.C. sections 1441 and 1446, in that it is a civil action wherein the matter in controversy exceeds $75,000.00 (exclusive of interest and costs) and is between citizens of different states.

10. This Notice of Removal is timely filed pursuant to 28 U.S.C. section 1446(b)(3), which provides that, "if the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable." This Notice of Removal was filed within thirty days of service of the Summons and Complaint upon AMCO's registered agent for service of process.

11. Pursuant to 28 U.S.C. section 1446(d), a copy of this Notice of Removal is being filed with the Clerk of the Orange County Superior Court.

12. Pursuant to 28 U.S.C. section 1446(d), AMCO is providing this Notice of Removal to Crown Valley.

13. On May 2, 2022, in addition to the Complaint and Summons, Crown Valley also served AMCO with a Civil Case Cover Sheet, a Notice of Hearing –Case Management Conference, Judicial Arbitration Program Guidelines and other miscellaneous court forms filed in the Orange County Superior Court action. True and correct copies of these documents are attached hereto as **Exhibit 5**.

WHEREFORE, AMCO hereby removes this action from the Superior Court of the State of California for the County of Orange to the United States District Court for the Central District of California, and requests that this Court exercise jurisdiction over all further proceedings in this action.

Dated: June 1, 2022         GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Michelle R. Bernard*
    Michelle R. Bernard
    Attorneys for Defendant
    AMCO INSURANCE COMPANY