MICHELLE R. BERNARD (SBN: 144582)
mbernard@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7769
Facsimile: (619) 696-7124

Attorneys for Defendant
AMCO INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWN VALLEY HOLDINGS, LLC, a Delaware Limited Liability Company, <br><br> Plaintiffs, <br><br> v. <br><br> AMCO INSURANCE COMPANY, an Iowa Corporation; DOES 1 - 50, Inclusive, <br><br> Defendants. | CASE NO. 8:22-cv-01091-DFM <br> Magistrate Judge: Hon. Douglas F. McCormick <br><br> [Orange County Superior Court Case No. 30-2022-01257143-CU-BC-WJC] <br><br> **DEFENDANT'S AMENDED NOTICE OF REMOVAL OF CIVIL ACTION AND NOTICE OF ERRATA** <br> **[28 U.S.C. §§ 1332 (a), 1441 (a), 1446 and 1653]** <br><br> Complaint Filed: April 29, 2022 |

TO THE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. sections 1332(a), 1441(a), 1446 and 1653, Defendant AMCO Insurance Company ("AMCO" or "Defendant") files this *Amended Notice of Removal of Civil Action and Notice of Errata*[1] to correct the inadvertent inclusion of defective allegations regarding citizenship of AMCO as having its "headquarters" in the State of Ohio. *See e.g. Pool v. F. Hoffman-La Roche, Ltd.,* 386 F.Supp.3d 1202, 1211-1212 (N.D. Cal. 2019); 28

---

[1] The original Notice of Removal of Civil Action was filed on June 1, 2022 [Dkt. 1].

U.S.C. § 1653. To be clear, this Court has original jurisdiction of this action under 28 U.S.C. section 1332(a) because there is complete diversity of citizenship between Plaintiff Crown Valley Holdings, LLC ("Crown Valley" or "Plaintiff") on the one hand, and AMCO on the other, and the amount in controversy exceeds the sum of $75,000.00, exclusive of interests and costs.

In support of this Amended Notice of Removal and Notice of Errata, AMCO further states:

1. Crown Valley commenced this action against AMCO on April 29, 2022 by filing a complaint in the Superior Court of the State of California for the County of Orange ("Complaint"). Upon the filing of the Complaint, the case was assigned case number 30-2022-01257143-CU-BC-WJC. A true and correct copy of the Complaint was filed with the original Notice of Removal as **Exhibit 1** [Dkt. 1-1, at p. 2-18]. The Complaint and a Summons on the Complaint were first served upon AMCO on May 2, 2022. A true and correct copy of the Summons on the Complaint and proof of service was filed with the original Notice of Removal as **Exhibit 2** [Dkt. 1-1, at p. 21].

2. As noted above, AMCO timely filed its Notice of Removal of Civil Action on June 1, 2022. [Dkt. 1]. As a result of meet and confer discussions with Plaintiff's counsel regarding various issues, including AMCO's anticipated motion to dismiss certain claims and causes of action in Plaintiff's Complaint and Plaintiff's consideration of filing a motion to remand,[2] AMCO's counsel reviewed its original notice of removal filing and records of the California Secretary of State. In doing so, counsel for AMCO discovered that, contrary to the company profile information contained on the California Department of Insurance's website (This web page was filed with the original Notice of Removal as **Exhibit 4** to AMCO's original Notice

---

[2] During these discussions, Plaintiff's counsel suggested there may be a limited partner of a limited partnership who is an entity member of Plaintiff limited liability company who may share citizenship with AMCO but has not, to date, provided any evidence to support that contention.

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

1. of Removal [Dkt. 1-1, pp.25-26])[3], AMCO's certified Statement of Information on file with the California Secretary of State (the government entity that bears the responsibility of overseeing business entities in the State of California) identifies AMCO's "Street Address of Principal Executive Office" as being at the same address identified in AMCO's Notice of Removal – 1100 Locust Street, Des Moines, Iowa 50391.[4] A true and correct copy of the Statement of Information for AMCO filed with the California Secretary of State is attached hereto **Exhibit 6**.

3. In the original Notice of Removal [Dkt. 1], counsel for AMCO erroneously referenced an address in Columbus, Ohio[5] listed on the California Department of Insurance's website as reflecting AMCO's "headquarters" and otherwise erroneously referenced Ohio in AMCO's Notice of Removal. These references were in error as evidenced by AMCO's certified Statement of Information on file with the California Secretary of State which confirms that AMCO's Principal Executive Office is located in Des Moines, Iowa – not Ohio.

4. Upon discovery of the above-referenced error in its Notice of Removal, AMCO (through undersigned counsel) promptly notified Plaintiff's counsel herein of the error and prepared this Amended Notice of Removal and Notice of Errata to avoid any confusion or cause any undue delay in this matter.

5. AMCO is informed and believes that it is the only defendant that has been served with the summons and complaint in this action. Defendants designated as Does 1 through 10 are fictitious defendants, are not parties to this action, have not been served, and are to be disregarded for purposes of this removal. *See* 28 U.S.C. § 1441(a).

6. Crown Valley is and was at the time of the filing of this action and this Notice of Removal a limited liability company organized in Delaware. (Complaint,

---

[3] Because it does not accurately reflect the address of AMCO's Principal Executive Office, AMCO hereby withdraws **Exhibit 4**.
[4] *See* Dkt. 1, at p. 3, lines 22-23.
[5] Dkt. 1, at p. 3, line 23-24.

*Gordon Rees Scully Mansukhani, LLP*
*101 W. Broadway, Suite 2000*
*San Diego, CA 92101*

[Dkt. 1-1, p.7, ¶20, line 15].); *see also* **Exhibit 3** – Crown Valley's 2020 Registration (Form LLC-12) on file with the California Secretary of State [Dkt. 1-1, p. 23].) Crown Valley alleges that it is qualified to do business in California and conducts business in Orange County, California. (Complaint, [Dkt. 1-1, p.7, ¶20, line 15].) Consistent with *Tosco Corp. v. Communities for a Better Environment*, 236 F.3d 495 (9th Cir. 2001), and *Industrial Techtonics, Inc. v. Aero Alloy*, 912 F.2d 1090 (9th Cir. 1990), the "substantial predominance" of Crown Valley's activities occur in either the State of Delaware or the State of California. Given that Crown Valley is a limited liability company organized in Delaware and has its principal place(s) of business in either California, Delaware or possibly Connecticut (see Paragraph 7 below), for purposes of diversity jurisdiction, AMCO is informed and believes that Crown Valley is <u>not</u> a citizen of Iowa (*i.e.* AMCO's state of incorporation and principal place of business).

7. Crown Valley is a real estate holding company that is registered with the California Secretary of State as a limited liability company organized in the State of Delaware. Its managing member identified in its 2020 Registration Form is WCP Real Estate Fund (II) L.P. with an address in Stamford, Connecticut. (*See* **Exhibit 3** – Crown Valley's 2020 Registration (Form LLC-12) on file with the California Secretary of State [Dkt. 1-1, at p. 23].) This information is consistent with Crown Valley's Statement of Information Limited Liability Company recently filed with the California Secretary of State on June 8, 2022 (*i.e.* after AMCO's Notice of Removal was filed on June 1, 2022). A true and correct copy of Crown Valley's 2022 Statement of Information Limited Liability Company filed with the California Secretary of State is attached hereto as **Exhibit 7**. Relevant to diversity jurisdiction considerations, a limited liability company is a citizen of every state of which its members are citizens. *See e.g. Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) ("[A] partnership is a citizen of all of the states in which its partners are citizens … [L]ike a partnership, an LLC is a citizen of every

1 state of which its owners/members are citizens."). Accordingly, for purposes of
2 diversity jurisdiction in this matter and based on the available information, AMCO
3 is informed and believes that none of the managers or members of Crown Valley are
4 citizens of Iowa (AMCO's state of incorporation and principal place of business).

5    8.    AMCO is and was at the time of the filing of this action an Iowa
6 corporation incorporated under the laws of the State of Iowa. (Complaint, [Dkt. 1-1,
7 p.7, ¶21, line 18]; **Exhibit 6.**)  AMCO's principal place of business is located at 1100
8 Locust Street, Des Moines, IA 50391. (*See* **Exhibit 6**.) For the purposes of diversity
9 jurisdiction, a corporation is a citizen of any state where it is incorporated and of the
10 state where it has its principal place of business. *See* 28 U.S.C. § 1332(c). Consistent
11 with *Tosco Corp. v. Communities for a Better Environment*, 236 F.3d 495 (9th Cir.
12 2001), and *Industrial Techtonics, Inc. v. Aero Alloy*, 912 F.2d 1090 (9th Cir. 1990),
13 the "substantial predominance" of AMCO's business activities occur in the State of
14 Iowa – not California, Delaware or Connecticut. Therefore, for purposes of diversity
15 jurisdiction, AMCO is <u>not</u> a citizen of the same state as Crown Valley or any of its
16 managers or members based on information filed by Crown Valley with the
17 California Secretary of State.

18    9.    Pursuant to 28 U.S.C. section 1441(b), diversity suits are removable "if
19 none of the parties in interest properly joined and served as defendants is a citizen
20 of the State in which such action is brought."  Because AMCO is incorporated in
21 Iowa and its principal place of business is in Iowa, it is *not* a citizen of either
22 Delaware, California or Connecticut.

23    10.    Plaintiff alleges in the Complaint that it has suffered damages in excess
24 of $3 million in connection with the Underlying Action. [Complaint, Dkt.1-1, p.14,
25 ¶ 53, line 14.]  The amount in controversy in this action is therefore in excess of
26 $75,000.00, exclusive of interests and costs.

27    11.    This action is, therefore, a civil action of which this Court has original
28 jurisdiction under 28 U.S.C. section 1332(a), and one which may be removed by

*Gordon Rees Scully Mansukhani, LLP*
*101 W. Broadway, Suite 2000*
*San Diego, CA 92101*

1 AMCO to this Court pursuant to 28 U.S.C. sections 1441 and 1446, in that it is a 2 civil action wherein the matter in controversy exceeds $75,000.00 (exclusive of 3 interest and costs) and is between citizens of different states.

4     12.    AMCO's Notice of Removal was timely filed pursuant to 28 U.S.C. 5 section 1446(b)(3), which provides that, "if the case stated by the initial pleading is 6 not removable, a notice of removal may be filed within thirty days after receipt by 7 the defendant, through service or otherwise, of a copy of an amended pleading, 8 motion, order or other paper from which it may first be ascertained that the case is 9 one which is or has become removable." AMCO's Notice of Removal was filed 10 within thirty days of service of the Summons and Complaint upon AMCO's 11 registered agent for service of process. AMCO's Amended Notice of Removal and 12 Notice of Errata is timely filed pursuant to Rule 15 of the Federal Rules of Civil 13 Procedure and 28 U.S.C. section 1653 which provides that a defendant may amend 14 the Notice of Removal after the thirty-day window has closed to correct a defective 15 allegation of jurisdiction.

16     13.    Pursuant to 28 U.S.C. section 1446(d), a copy of this Amended Notice 17 of Removal and Notice of Errata is being filed with the Clerk of the Orange County 18 Superior Court.

19     14.    Pursuant to 28 U.S.C. section 1446(d), AMCO is providing this 20 Amended Notice of Removal and Notice of Errata to Crown Valley.

21     15.    On May 2, 2022, in addition to the Complaint and Summons, Crown 22 Valley also served AMCO with a Civil Case Cover Sheet, a Notice of Hearing –Case 23 Management Conference, Judicial Arbitration Program Guidelines and other 24 miscellaneous court forms filed in the Orange County Superior Court action. True 25 and correct copies of these documents were collectively filed with the original 26 Notice of Removal as **Exhibit 5** [Dkt.1-1, p. 28-52].

27 / / /

28 / / /

16. Other than as amended and corrected herein, AMCO relies on its original Notice of Removal and incorporates it herein by reference.

Dated: June 17, 2022  GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Michelle R. Bernard*
Michelle R. Bernard
Attorneys for Defendant
AMCO INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2022, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court using the Court's CM/ECF electronic filing system, which automatically generates a Notice of Electronic Filing ("NEF") at the time said document is filed to all CM/ECF Users who have appeared in this case.

*/s/ Michelle R. Bernard*
Michel R. Bernard