UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWN VALLEY HOLDINGS, LLC, a Delaware Limited Liability Company,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>AMCO INSURANCE COMPANY, an Iowa Corporation; DOES 1 - 50, Inclusive,<br><br>　　　　　　　　Defendants. | CASE NO. 8:22-cv-01091-DOC-KES<br><br>District Judge:<br>Hon. David O. Carter<br><br>**ORDER REMANDING ACTION TO STATE COURT** |

**IT IS HEREBY ORDERED THAT:**

　　Pursuant to the Joint Stipulation submitted by Plaintiff Crown Valley Holdings, LLC and Defendant AMCO Insurance Company, this action shall be remanded back to Orange County Superior Court for all further proceedings.

**IT IS SO ORDERED.**

Dated: __07/12/2022__　　　　　　　　_/s/ David O. Carter_
　　　　　　　　　　　　　　　　　　Judge of the District Court

-1-